UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                              Plaintiff

v.                                                  Criminal Action No. 3:26CR-2-RGJ

VAN LAURENCE BARKER                                                 Defendant

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

An in-person status conference was held in this matter on February 11, 2026 before the Honorable Rebecca Grady Jennings, United States District Judge.  The Court's official reporter was April Dowell.  The following counsel participated in the status conference:

For the United States: Danielle Yannelli, Assistant United States Attorney

For the Defendant(s): Phillip C. Lawson, Retained Counsel, for Van Laurence Barker, who was present in person and in custody.

The Court and counsel discussed the procedural posture of the case.  Counsel for the United Stated informed the Court that the initial discovery phase has been produced to defense counsel.  There will be a supplemental batch of discovery sent out by no later than next week.  Defense counsel is just starting to review discovery produced in the initial phase and would request an additional ninety (90) days to review discovery and start negotiations with the United States.   There being no objection by the United States, the Court will grant the unopposed motion to continue the current jury trial of March 12, 2026 [DE 16].

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1)     This matter is set for a further status hearing on **May 20, 2026 at 10:00 a.m.** before the Honorable Rebecca Grady Jennings, United States District Judge.  **If counsel requests a change of plea, counsel shall jointly email the Court's Deputy at** **andrea_morgan@kywd.uscourts.gov**

(2)     The unopposed motion to continue the jury trial **[DE 16] is GRANTED.**  The **jury trial scheduled for March 16, 2026 is REMANDED** by the Court.

(3)     Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds **the period of delay from February 11, 2026 to May 20, 2026 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny counsel for Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

**IT IS FINALLY ORDERED** that the Defendant shall remain in the custody of the United States Marshal pending further orders.

February 25, 2026

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:     Counsel of record, United States Probation, Jury Clerk.

Court Time:  00/10
Court Reporter: April Dowell